ROSE F. SNYDER, Respondent, *v.* FRANK V. BOPP et al., Appellants.

(Argued March 21, 1934; decided April 17, 1934.)

*F. A. W. Ireland* for appellants.

*Cornelius J. Wood* for respondent.

Judgment affirmed, with costs; no opinion. (See 264 N. Y. 670.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.